FILED

10/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0180

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0180

_____

CARA FENNESSY,

      Plaintiff and Appellee,

    v.

MARK KNIGHT and LAURA KNIGHT,

      Defendants and Appellants.

_____

MARK KNIGHT and LAURA KNIGHT,

      Third Party Plaintiffs and Appellants,

    v.

HSBC BANK USA, National Association as Trustee
for Duetsche Alt-A Securities, Inc., Mortgage
Pass-through Certificates series 2007-AR3, and
SPECIALIZED LOAN SERVICING, LLC.,

      Third Party Defendants and Appellees.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Leslie Halligan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 21 2020